[No. 48423-1-I.   Division One.   April 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY ALAN NOBLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-01381-3, Linda Lau, J., entered April 20, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, A.C.J., and Coleman, J.

[No. 49346-9-I.   Division One.   April 21, 2003.]

THE WASHINGTON STATE BOARD OF REGISTRATION FOR ARCHITECTS, *Respondent*, v. DONALD J. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-07011-8, Larry E. McKeeman, J., entered September 6, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, A.C.J., and Coleman, J.

[No. 49868-1-I.   Division One.   April 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS WAYNE BREEDLOVE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01668-1, George N. Bowden, J., entered December 20, 2001. *Remanded* by unpublished per curiam opinion.

[No. 50070-8-I.   Division One.   April 21, 2003.]

*In the Matter of the Marriage of* KAREN S. WAKITA, *Respondent*, and GEORGE K. WAKITA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-3-01174-3, David F. Hulbert, J., entered January 28, 2002. *Remanded* by unpublished opinion per Appelwick, J., concurred in by Ellington and Schindler, JJ.